■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW K. REASIN, Appellant. [873 NYS2d 229]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered December 19, 2006. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Martoche, Green and Gorski, JJ.